IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FORFEITURE OF COLLATERAL AND
MANDATORY APPEARANCES FOR
OFFENSES COMMITTED WITHIN         Pensacola Misc. $4.95\ mc\ 40102$
THE BOUNDARIES OF EGLIN AIR
FORCE BASE WITHIN THE NORTHERN
DISTRICT OF FLORIDA
_____ /

## MOTION OF THE UNITED STATES

COMES NOW the United States of America, by and through the undersigned

Assistant United States Attorney, and submits the revised collateral and mandatory

appearance schedule, proposed order and table of contents for the Court's review and

approval.

Respectfully submitted,

THOMAS F. KIRWIN
Acting United States Attorney

STEPHEN P. PREISSER
Assistant U.S. Attorney
Florida Bar No. 0303712
21 East Garden Street, Suite 400
Pensacola, FL 32502
850/444-4000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**FORFEITURE OF COLLATERAL AND**
**MANDATORY APPEARANCES FOR**
**OFFENSES COMMITTED WITHIN**
**THE BOUNDARIES OF EGLIN AIR**
**FORCE BASE WITHIN THE NORTHERN**
**DISTRICT OF FLORIDA**

_____/

**Pensacola Misc.** $4.95mc\ 40102$

## ORDER

Rule 3 (b), attached hereto and made a part hereof, is hereby adopted as of the

date of this Order.

Only those violations notices (Form DD 1805) that are consistent with this rule

shall be issued.

Rule 3 (b) applies only to the Eglin Air Force Base (NF3). All reference to the

Eglin Air Force Base in Rule 3 is hereby rescinded and deleted.

DONE and ORDERED THIS ___20th___ DAY OF __October__ , 2008

_____
MILE DAVIS
UNITED STATES MAGISTRATE JUDGE

_____
ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE

## RULE 3 (b)

### FORFEITURE OF COLLATERAL AND MANDATORY APPEARANCES, FOR OFFENSES COMMITTED WITHIN THE BOUNDARIES OF EGLIN AIR FORCE BASE IN THE NORTHERN DISTRICT OF FLORIDA.

1. The words "offense" and "offenses" used in this rule mean, include and are limited to an offense, or offenses, as the case may be, as defined in 18 U.S.C. 3551, committed within the boundaries of Eglin Air Force Base within the Northern District of Florida.

2. A person who is charged with an offense as defined herein and listed below as a payable offense may, in lieu of appearance, post collateral in the amount indicated for the offense, waive appearance before a United States Magistrate Judge, and consent to forfeiture of collateral.

3. If a person with an offense under section (b) of this rule fails to post and forfeit collateral, any punishment, including fine, imprisonment, or probation may be imposed by plea or after trial.

4. A person who is charged with an offense as defined herein and listed below is required to appear before a United States Magistrate Judge. If a person is charged with several offenses and any one of the offenses requires mandatory appearance, then the person

is required to also appear at the same time for all other offenses charged.

5. No person other than a United States Magistrate Judge or United States District Judge may void any citation for offenses within the boundaries of Eglin Air Force Base within the Northern District of Florida.

## UNITED STATES MAGISTRATE CITATION INDEX

**CRASHES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**ASSAULT/BATTERY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**CRIMES AGAINST PROPERTY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**FAILURE TO OBEY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**FIREARMS/WEAPONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**DRUGS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**INTOXICATION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**SEX OFFENSES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**DRIVING OFFENSES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**TRESPASSING VIOLATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**ALCOHOLIC BEVERAGES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## FISH & WILDLIFE VIOLATIONS INDEX

HUNTING HOURS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

CLOSED AREA VIOLATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

PROHIBITED HUNTING DEVICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

MIGRATORY BIRD REGULATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

TRAPPING VIOLATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

CLOSED SEASON/DAYS VIOLATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

BAG/POSSESSION LIMITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

DOGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

REPTILES AND AMPHIBIANS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

BOATING VIOLATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

BOATING MOVING INFRACTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

BOATING INFRACTIONS – NON-MOVING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

CAMPING VIOLATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

OTHER HUNTING/FISHING RELATED VIOLATIONS . . . . . . . . . . . . . . . . . . . . . 26

GENERAL ENVIRONMENTAL REGULATION . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

PROHIBITED FISHING DEVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

STATE LICENSE/PERMITS/STAMPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

EGLIN SPECIFIC REGULATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

ARSON . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

## COLLATERAL SCHEDULE[1]
### These offenses must have been committed within the exclusive or concurrent territorial jurisdiction of the United States.

### OFFENSE

## CRASHES:

| | | |
|---|---|---|
| Crash, Leaving Scene (Property Damage) | **MAND** | 18 USC 7 & 13/FS 316.061 |
| Crash, Leaving Scene (Injury-Death) (FS 316.027) | | Felony - Only charged by Indictment |
| Crash, Failure to Give Aid | **$100** | 32 CFR Part 210/FS 316.062 |
| Crash, Failure to Immediately Notify (Injury/Damage over $500) | **MAND** | 32 CFR Part 210/FS 316.065 |
| Fail to Report by Occupant | **$100** | 32 CFR Part210/FS 316.064 |
| Fail to report by Owner (within 10 Days) | **$100** | 32 CFR Part 210/FS 316.064(3) |
| False Information Regarding Accident | **MAND** | 18 USC 7 & 13/FS 316.067 |
| Crash, Failure to Leave Information | **MAND** | 18 USC 7 & 13/FS 316.062 |
| Fail to Remove Obstructing Vehicle | **$100** | 32 CFR Part 210/FS 316.027(3) |

---

[1]FS references Florida Statutes. USC references United States Code. CFR references Code of Federal Regulations. MAND references Mandatory court appearance. F.A.C. references the Florida Administrative Code (CHAP 68A). The F.A.C.. contains the rules and regulations of the Florida Game and Fresh Water Fish Commission. The F.A.C.. numbers and the AFI 32-7064 numbers are subject to change annually. EGMA references that Eglin Game Management Area.

1

## ASSAULT/BATTERY:

| | | |
|---|---|---|
| Assault WIT to Commit Murder<br>(18 USC 113(a)(1)) | | Felony - Only charged by Indictment |
| Assault WIT to Commit Any Felony<br>(18 USC 113(a)(2)) | | Felony - Only charged by Indictment |
| Assault with a Dangerous Weapon<br>(18 USC 113(a)(3)) | | Felony - Only charged by Indictment |
| Assault by Striking,<br>Beating, or Wounding ("Battery") | **MAND** | 18 USC 113(a)(4) |
| Assault, Simple | **MAND** | 18 USC 113(a)(5) |
| Assault Res. in Serious Bodily Injury<br>(18 USC 113(a)(6)) | | Felony - Only charged by Indictment |
| Assault Res. in Substantial Bodily Injury,<br>Victim under 16 (18 USC 113(a)(7)) | | Felony - Only charged by Indictment |
| Culpable Negligence | **MAND** | 18 USC 7 & 13/FS 784.05 |
| Assault/Battery on Person 65 or Older<br>(FS 784.08) | | Felony - Only charged by Indictment |
| Assault, Simple on LEO | **MAND** | 18 USC 111 |
| Battery on LEO (18 USC 111) | | Felony - Only charged by Indictment |
| Offenses against Police Dogs or SAR Dogs | **MAND** | 18 USC 7 & 13/FS 843.19 |
| Resisting Arrest without Violence | **MAND** | 18 USC 7 & 13/FS 843.02 |
| Resisting Arrest with Violence (FS 843.01) | | Felony - Only charged by Indictment |

2

## CRIMES AGAINST PROPERTY:

| | | |
|---|---|---|
| Criminal Mischief<br>(Government Property $1,000 or less) | **MAND** | 18 USC 1361 |
| Criminal Mischief (18 USC 1361)<br>(Government Property more than $1,000) | | Felony - Only Charged by Indictment |
| Damage/Injury to Personal Property<br>Damage greater than $200 less than $1,000) | **MAND** | 18 USC 7 & 13/FS 806.13(2) |
| Damage/Injury to Personal Property<br>(FS 806.13(3))(Damage $1,000 or greater) | | Felony - Only Charged by Indictment |
| False Alarm of Fire | **MAND** | 18 USC 7 & 13/FS 806.101 |
| Theft of Government Property<br>($1,000 or less) | **MAND** | 18 USC 641 |
| Theft of Government Property (18 USC 641)<br>(greater than $1,000) | | Felony - Only Charged by Indictment |
| Theft of Personal Property<br>($1,000 or less) | **MAND** | 18 USC 661 |
| Theft of Personal Property (18 USC 661)<br>(greater than $1,000) | | Felony - Only Charged by Indictment |

## **FAILURE TO OBEY**:

| | | |
|---|---|---|
| Fleeing/Attempting to Elude Police Officer (FS 316.1935) | | Felony - Only Charged by Indictment |
| Failure to Obey Police Officer (traffic offenses) | **$100** | 18 USC 7 & 13/FS 316.072(3) |
| Possession of False Government Identification Card | **MAND** | 18 USC 701 |
| Breach of Peace/Disorderly Conduct | **MAND** | 18 USC 7 & 13/ FS 877.03 |

4

## FIREARMS/WEAPONS:

| | | |
|---|---|---|
| Exhibit Weapon/Firearm in Rude/Careless/ Angry/Threatening Manner | **MAND** | 18 USC 7 & 13/FS 790.10 |
| Firearms – Furnishing to Minor Under Age 18 | **MAND** | 18 USC 7 &13/FS 790.17 |
| Firearms – Discharging in Public | **MAND** | 18 USC 7 & 13/FS 790.15 |
| Carrying Concealed Weapon | **MAND** | 18 USC 7 &13/FS 790.01(1) |
| Carrying Concealed Firearm (FS 790.01(2)) | | Felony - Only Charged by Indictment |
| Shooting into Vehicle/Dwelling (FS 790.19) | | Felony - Only Charged by Indictment |
| Adult Knowingly Permitting Child under 16 YOA to Possess a Firearm without Supervision | **MAND** | 18 USC 7 & 13/FS 790.22(2) |
| Felon is Possession of Firearm 18 USC 922(g) | | Felony - Only Charged by Indictment |

5

## DRUGS:

| | | |
|---|---|---|
| Entering a Military Reservation for a Purpose Prohibited by Law or Regulation (Marijuana – Less Than 5 Grams) | **MAND** | 18 USC 1382 |
| Possession/Use of Harmful Chemical Substances (Inhalants, etc.) | **MAND** | USC 7 & 13/FS 877.111 |
| Paraphernalia, Use/Possession | **MAND** | 18 USC 7 & 13/FS 893.147 |
| Possession of Controlled Substance | **MAND** | 21 USC 844 |

6

## INTOXICATION:

| | | |
|---|---|---|
| Disorderly Intoxication | **MAND** | 18 USC 7 & 13/FS 856.011 |
| Driving Under the Influence Alcohol/ Controlled Substance | **MAND** | 18 USC 7 & 13/FS 316.193 |
| Boating while Intoxicated | **MAND** | 18 USC 7 & 13/FS 327.35 |
| Open Container of Alcohol (operator) | **$55** | 32 CFR Part 210/FS 316.1936 |
| Open Container of Alcohol (passenger) | **$55** | 32 CFR Part 210/FS 316.1936 |

## **SEX OFFENSES**:

| | | |
|---|---|---|
| Prostitution | **MAND** | 18 USC 7 & 3/FS 796.07 |
| Unnatural and Lascivious Acts | **MAND** | 18 USC 7 & 13/FS 800.02 |
| Exposure of Sexual Organs | **MAND** | 18 USC 7 &13/FS 800.03 |

8

## DRIVING OFFENSES:

| | | |
|---|---|---|
| Reckless Driving | **MAND** | 18 USC 7 &13/FS 316.192 |
| Reckless Driving with Damage to Property or Person | **MAND** | 18 USC 7 & 13/FS 316.192 |
| Racing on Highway | **MAND** | 18 USC 7 &13/FS 316.191 |
| Displaying Another's License | **MAND** | 18 USC 7 & 13/FS 322.32(3) |
| Lending License to another Person | **MAND** | 18 USC 7 & 13/FS 322.32(2) |
| Operating M/V While License Suspended Cancelled or Revoked **without Knowledge** | **$60** | 18 USC 7 & 13/FS 322.34(1) |
| Operating M/V While License Suspended, Cancelled or Revoked **with Knowledge** | **MAND** | 18 USC 7 & 13/FS 322.34 |
| Permitting Unlawful Use of License | **MAND** | 18 USC 7 & 13/FS 322.32(5) |
| Operating M/V without Vehicle Insurance or Surety Bond (Financial Responsibility Law) | **MAND** | 18 USC 7 &13/FS 316.646 |
| Careless Driving | **$60** | 32 CFR Part 210/ FS 316.1925 and 318.18 |
| Driving in Violations of Restrictions | **MAND** | 18 USC 7 & 13/FS 322.16 |
| Driving w/o License | **MAND** | 18 USC 7 & 13/FS 322.03 |
| Driving w/o Insurance | **MAND** | 18 USC 7 &13/ FS 324.022 |
| Speeding | **1-5 mph: warning** <br> **6-9 mph: $25** <br> **10-14 mph: $100** <br> **15-19 mph: $125** <br> **20-29 mph: $150** <br> **30+ mph: Mand** | 32 CFR Part 210/ FS 316.183 and 318.18 |
| Failure to Present DL on demand | **$30** | 32 CFR Part 210/FS 322.15 |

9

## TRESPASSING VIOLATIONS:

| | | |
|---|---|---|
| Trespass on Military Property after Removal or Ordered Not to Reenter | **MAND** | 18 USC 1382 |
| Destruction of Gates, Fences, etc. on Lands of the United States | **MAND** | 18 USC 1857 |
| Removing, Mutilating Posted Notice | **$100** | 18 USC 7 & 13/FS 810.10 |
| Trespass Other than Structure or Conveyance | **MAND** | 18 USC 7 & 13/FS 810.09(b) |
| Trespass in Structure/Conveyance | **MAND** | 18 USC 7 & 13/FS 810.08 |
| Trespass on Military Property for Unlawful Purpose (No Eglin Entry Permit) | **$55** | 18 USC 1382 |
| Loitering or Prowling | **MAND** | 18 USC 7 & 13/FS 856.021 |

## <u>ALCOHOLIC BEVERAGES</u>

| | | |
|---|---|---|
| Possession Alcoholic Beverage by Person Under Age 21 | **$100** | 18 USC 7 & 13/FS 562.111 |
| Selling Giving or Serving to Person under Age 21 | **$100** | 18 USC 7 & 13/FS 562.11 |

11

## **FISH & WILDLIFE VIOLATIONS**

### **HUNTING HOURS**:

| | | |
|---|---|---|
| Migratory Game Bird (Attempting to Take) Over Limit, Out of Season | **$55 per bird** | 10 USC 2671/F.A.C. 39-13.008 |
| General Method/Time for Taking Game | **$55** | 10 USC 2671/ F.A.C. 68A – 12.002(2) |
| Take/Attempt Take Deer or Wild Turkey with Gun and Light at Night | **MAND** | 10 USC 2671/FS 379.404 F.A.C. 68A – 4.002 |
| Possession of Gun While Using Light at Night | **MAND** | 10 USC 2671/F.A.C. 68A – 4.002 |
| Raccoon/Opossum, Display Light-Moving Vehicle at Night | **$55** | 10 USC 2671/ F.A.C. 68A - 24.002(2)(b) |
| Possession Specified Device While Using Light at Night | **$100** | 10 USC 2671/ F.A.C. 68A – 24.002(2)(b) |
| Possession of Gun/Bow after Legal Hunting Hours | **$55** | 10 USC 2671/ F.A.C. 68A-15.004 (6)(A) |
| Trespass after Legal Hours | **$55** | 10 USC 2671/ F.A.C. 68A-15.063 (17)(D)(9) |

12

## CLOSED AREA VIOLATIONS:

| | | |
|---|---|---|
| Possession of Hunting Device within Closed Area | **$55** | 10 USC 2671/F.A.C. 68A-15.004(1) |
| Possession of Dog within Closed Area | **$55** | 10 USC 2671/ F.A.C. 68A-15.004(7)(A) |
| Attempting to Take Game/Hunting in Closed Area | **$100** | 10 USC 2671/F.A.C. 68A-15.004(1) |
| Enter W/O Special Entry Permit | **$55** | 10 USC 2671/F.A.C. 68A-15.004(2) |
| Fishing in Pond Posted Closed | **$55** | 10 USC 2671/ F.A.C. 68A-15.063(17)(a)(10) |
| Hunting Dove on Undesignated Field/First Phase Only | **$55** | 10 USC 2671/ F.A.C. 68A-15.063(17)(a)(6) |

## **PROHIBITED HUNTING DEVICES**:

| | | |
|---|---|---|
| Possession of Center Fire Rifle/l Pistol Outside Area Use Authorized | **$55** | 10 USC 2671/F.A.C. 68A-15.004(6)(d) |
| Possession of Un-cased Firearm Where Prohibited | **$55** | 10 USC 2671/F.A.C. 68A-15.004(6)(a) |
| Possession of Gun Outside Specified Seasons | **$55** | 10 USC 2671/F.A.C. 68A 15.004(6)(b) |
| Possession of Crossbow during Special Archery Season | **$55** | 10 USC 2671/F.A.C. 68A-12.002(3)(d)(4) |
| Possession Unauthorized Shotgun for Taking Migratory Birds | **$55** | 10 USC 2671/F.A.C. 68A-12.002(3)(a) |
| Possession Drug Injecting, Drug Tipped, or Explosive Arrow | **MAND** | 10 USC 2671/F.A.C. 68A-12.002 (3)(d) |

14

## **MIGRATORY BIRD REGULATIONS**:

Migratory Game Bird (Attempting to take),       10 USC 2671/F.A.C. 68A - 13.008
Over Limit, Out of Season

**$55 per bird**

Take/Attempt to Take Migratory Game Bird       16 USC 703 - 707/50 CFR 20.22/
During Closed season                                    F.A.C. 68A-13.003

**$100 + $25 per bird**

Possession lead shot while                             16 USC 703-707/F.A.C. 68A-13.003 (2)(b)
Hunting Waterfowl

**$55**

Take/Attempt to Take Migratory                      16 USC 703 - 707/50 CFR 20.23/
Game Bird Before/After Hours                         F.A.C. 68A-13.003

**$100 + $25 per bird**

Taking Over Bag Limit                                     16 USC 703 - 707/50 CFR 20.24/
                                                                  F.A.C. 68A-13.003

**$55 per bird over limit**

Take by Aid of, or On or Over Bait                  16 USC 704 – 707(b)(1)/
                                                                  50 CFR 20.21(h)(I)

**$100 + $25 per bird**

Taking Migratory Game Bird with                    16 USC 703 - 707/50 CFR 20.21
Unauthorized Device (Rifle, Pistol etc.)

**$55 per bird**

Wanton Waste of Migratory Game Bird            16 USC 703 - 707/50 CFR S20.25

**$100 + $25 per bird**

Possession of Unlawfully Taken                      16 USC 703 - 707/
Migratory Game Bird                                       50 CFR 20.31

**$100 + $25 per bird**

Possession of Freshly Killed Migratory           16 USC 703 - 707/
Game Bird during Closed Season                    50 CFR 20.32

**$100 + $25 per bird**

15

Possession Over Possession Limit                          16 USC 703 - 707/ 50 CFR 20.33
                                                          F.A.C. 68A-13.003
                        **$100 + $25 per bird over limit**

Possession Over Bag Limit on Opening Day                  16 USC 703 - 707/50 CFR 20.34
Of Season                                                 F.A.C. 68A-13.001
                        **$100 + $25 per bird over limit**

Possession or Transporting of Live                        16 USC 703 - 707/
Migratory Game Bird                                       50 CFR 20.38
                        **$100 + $25 per bird**

Transporting Unlawfully Taken Migratory                   16 USC 703 - 707/
Game Bird                                                 50 CFR S20.41
                        **$100 + $25 per bird**

Federal Duck Stamp                    **$55**             16 USC 707, 718a

Invalid Federal Duck Stamp            **$55**             16 USC 707, 718a
(Not Signed Across Face)

## TRAPPING VIOLATIONS:

| | | |
|---|---|---|
| Possession/Use Steel Traps | **$100 per trap** | 10 USC 2671/F.A.C. 68A-24.002(2)(d)(3) |
| Possession Fox/Fox Pelts/Tails<br>Caught by Trapping Illegally | **$100 + $50 per pelt/tail** | 10 USC 2671/F.A.C. 68A-24.002(2) |
| Possession Bobcat Caught by<br>Trapping Illegally | **$500** | 10 USC 2671/F.A.C. 68A-24.002(2) |
| No Valid Trapping License | **$100** | 10 USC 2671/FS 379.54 |
| Possession Fur-Bearer w/Evidence<br>Taken Illegally | **$100** | 10 USC 2671/F.A.C. 68A-24.002<br>FS 379.354 |
| Possession Fur-Bearer during<br>Closed Season | **$55** | 10 USC 2671/F.A.C. 68A-24.002(1) |
| Possession of Trap (Live Trap)<br>on EGMA Where Trapping<br>Prohibited | **$55** | 10 USC 2671/F.A.C. 68A-15.004(1) |
| Transporting Live Fur-Bearer | **$55** | 10 USC 2671/F.A.C. 68A-24.002 |

17

## CLOSED SEASON/DAYS VIOLATION:

| | | |
|---|---|---|
| Hunting Dove Field O/T Designated Days | **$55** | 10 USC 2671/F.A.C. 68A-15.063(17) |
| Possession/Take Game during Closed Season | **$100** | 10 USC 2671/F.A.C. 68A-12.002(2) |
| Hunting MU O/T Designated Days | **$55** | 10 USC 2671/F.A.C. 68A-15.063(17) |
| Possession Shotgun | **$55** | 10 USC 2671/F.A.C. 68A-15.004(6)(a) |
| Possession of Wildlife Taken with Dog Other than Bird dog or Retriever | **$100** | 10 USC 2671/F.A.C. 68A-15.063(17)(d)(1) |
| Permit Dog Molest Game | **$55** | 10 USC 2671/F.A.C. 68A-15.004 (7)(b) |
| Possession/Take Deer or Turkey During Closed Season | **MAND** | 10 USC 2671/FS 379.404(1) |

18

## BAG/POSSESSION LIMITS:

Over Limit FWGF                                  10 USC 2671/F.A.C. 68A-23.005(4) – (5)
(Bream-50, Bass 10)

**$25 per fish**

Taking Over Bag Limit Migratory Game Bird        16 USC 703 - 707/50 CFR 20.24/
                                                 F.A.C. 68A-13.003
**$100 + $25 per bird over limit**

Possession Over Possession Limit                 16 USC 703 - 707/
Migratory Game Bird                              50 CFR 20.33/F.A.C. 68A-13.003
**$100 + $25 per bird over limit**

Possession Over Bag Limit                        16 USC 703-707/50 CFR 20.35
                                                 F.A.C. 68A-13.003
**$100 + $25 per bird over limit**

Over Limit Deer (2 per day)                      10 USC 2671/F.A.C. 68A-13.004(1)(a)
**$200 per deer**

Over Limit Squirrel (Gray Rabbit,                10 USC 2671/F.A.C. 68A-13.004 (1)(b)&(c)
Turkey

**$55 per over limit**

Taking/Possession of Fox Squirrel                10 USC 2671/F.A.C. 68A-15.004(4)(g)
**$100 per squirrel**

Possession Undersized Black Bass                 10 USC 2671/F.A.C. 68A-23.005(7)(a)
(under 12 in.)

**$55 per fish**

19

## DOGS:

| | | |
|---|---|---|
| Permit Dogs Molest Game Closed Season | **$55** | 10 USC 2671/F.A.C. 68A-12.007 |
| Possession Dog Spring Turkey Season | **$55** | 10 USC 2671/ F.A.C. 68A-12.007(10) |
| Possession of Hunting Dog During Closed Hunt Season | **$55** | 10 USC 2671/F.A.C. 68A-12.007(4) |
| Possession Hunting Dogs W/O Current Rabies Tag | **$55** | 10 USC 2671/FS 828.30 |
| Possession Dog W/O Name/Address of Owner | **$55** | 10 USC 2671/F.A.C. 68A-12.007 (1) |
| Possession of Dogs/After Hours | **$55** | 10 USC 2671/F.A.C. 68A-16.004 (7) (a) |
| Possession of Dog in Area Closed to Dogs | **$55** | 10 USC 2671/F.A.C. 68A 15.004 (7) (a) |
| Possession of a Dog in a Public Swimming Area | **$55** | 10 USC 2671/F.A.C. 68A-15.063(17) (d)(8) |
| Possession of a Dog in Stalk Hunt Area | **$55** | 10 USC 2671/F.A.C. 68A-15.063(17)(d)(8) |
| Possession of Hunting Dog In Archery Area | **$55** | 10 USC 2671/F.A.C. 68A-15.063 (17)(d)(8) |
| Hunting with a Dog in Stalk/ Archery Area | **$55** | 10 USC 2671/F.A.C. 68A-15.063 (17)(d)(8) |

20

## **REPTILES AND AMPHIBIANS**:

| | | |
|---|---|---|
| Possession of Alligator or Alligator Skins | **$100** | 10 USC 2671/ FS 379.3014 |
| Taking Turtles by Shooting | **$100** | 10 USC 2671/F.A.C. 68A-25.002 |
| Possession Snapping Turtle | **$100** | 10 USC 2671/F.A.C. 68A-25.002 |
| Gassing of Turtles/Wildlife/Snakes from Burrows | **$100** | 10 USC 2671/F.A.C. 68A-25.002 |
| Taking Frogs at Night by Shooting | **$55** | 10 USC 2671/F.A.C. 68A-26.002 |
| Alligator Poaching | **MAND** | 10 USC 2671/FS 379.409 |
| Sales of Alligator Products | **MAND** | 10 USC 2671/FS 379.3016 |
| Possession of Poisonous Reptile Without License | **$55** | 10 USC 2671/FS 379.372 |
| Possession/Attempt to Take Gopher Turtle | **$100** | 10 USC 2671/F.A.C. 68A-25.002 |
| Possession over limit of Freshwater Turtle | **$55 per Turtle Over Limit** | 10 USC 2671/F.A.C. 68A-25.002(8) |

21

## **BOATING VIOLATIONS**:

| | | |
|---|---|---|
| Operation of Unregistered/<br>Un-numbered Vessel | **$55** | 10 USC 2671/ FS 327.46 |
| Operating Vessel in a Reckless Manner | **MAND** | 10 USC 2671/FS 327.33 |
| Operating Vessel under Influence of<br>Alcoholic Beverage/Chemical Substance | **MAND** | 10 USC 2671/FS 327.35 |
| Operating O/B Motor on Pond<br>Where Prohibited | **$55** | 10 USC 2671/<br>F.A.C. 68A-20.005 |
| Insufficient Life Saving Devices Aboard Boat | **$55** | 10 USC 2671 FS 327.50(1) |
| Operation of Jet Ski Water craft on<br>Eglin Freshwater | **$55** | 10 USC 2671/<br>F.A.C. 68A-20.005 |
| Operating boat S/S-S/R without<br>Required lighting | **$55** | 10 USC 2671/FS 327.50(2) |

22

**BOATING MOVING INFRACTIONS**:

| | | |
|---|---|---|
| Careless operation | **$55** | 10 USC 2671/FS 327.33(2) |
| Violating Navigation Rules | **$55** | 10 USC 2671/FS 327.33(3)(b) |
| Diver Down Flag (Vessel Related) | **$55** | 10 USC 2671/FS 327.331 |
| Skiing or Aquaplane Violations | **$55** | 10 USC 2671/FS 327.37 |
| Personal Water craft Violations | **$55** | 10 USC 2671/FS 327.39(1)-(6) |
| Boater Safety Education Requirement | **$55** | 10 USC 2671/FS 327.395(1) |
| Interference w/ Navigation | **$55** | 10 USC 2671/FS 327.44 |
| Violation of Restricted Area (Idle, etc.) | **$55** | 10 USC 2671/FS 327.46 |
| Insufficient Safety Equipment or Lights | **$55** | 10 USC 2671/FS 327.50 |
| Overloading or Overpowering Vessel | **$55** | 10 USC 2671 FS 327.52 |

23

## **BOATING INFRACTIONS – NON-MOVING**:

| | | |
|---|---|---|
| Display of # and Registration Cert. | **$55** | 10 USC 2671/FS 328.48(4) |
| Display of Decal | **$55** | 10 USC 2671/FS 328.48(5) |
| Display of Reg. Number | **$55** | 10 USC 2671/FS 328.52(2) |
| Spacing of Numbers and Digits | **$55** | 10 USC 2671/FS 328.54 |
| Expired Registration | **$55** | 10 USC 2671/FS 328.72(13) |
| Muffling Devices | **$55** | 10 USC 2671/FS 327.65 |
| Marine Sanitation – Required Toilet | **$55** | 10 USC 2671/FS 327.53(1)-(3) |
| Marine Sanitation – Discharge of Raw Sewage | **$255** | 10 USC 2671/FS 327.53(4)-(7) |

24

## CAMPING VIOLATIONS:

| | | |
|---|---|---|
| Without Valid Permit | **$55** | 10 USC 2671/F.A.C. 68A-17.004(2) |
| Other than Designated Campsite | **$55** | 10 USC 2671/<br>F.A.C. 68A-15.061(5)(C) |
| Failure to Maintain Dogs 50 Yards<br><br>from Campsite | **$55** | 10 USC 2671/F.A.C. 17.004(7) |
| Possession Loaded Gun within<br>Campsite | **$55** | 10 USC 2671/F.A.C.17.004(6) |
| Failure to Extinguish<br>Campfire | **$100** | 10 USC 2671/FS 590.11 |
| Failure to Maintain "Quiet Period"<br>within Camping Area | **$55** | 10 USC 2671/F.A.C. 17.004(8) |

25

## **OTHER HUNTING/FISHING RELATED VIOLATIONS**:

| | | |
|---|---|---|
| Failure to Wear Flame Orange Vest | **$55** | 10 USC 2671/FS 379.3003 |
| Failure to Submit to License or Permit Check | **MAND** | 10 USC 2671/F.A.C. 68A-4.00 |
| Take/Attempting to Take Swimming Deer | **MAND** | 10 USC 2671/F.A.C. 68A-12.002(6) |
| Falsely Impersonating Florida Police Officer | **MAND** | 18 USC 7 & 13/FS 843.08 |
| Radio Equipment Installed in M/V Using Police Frequency | **$55** | 10 USC 2671/FS 843.16 |
| Operating M/V in Prohibited Area | **$55** | 10 USC 2671/ F.A.C. 68A-17.004(9)a |
| Driving Vehicle on Wildlife Food Plots | **$100** | 10 USC 2671/F.A.C. 68A-17.004(9) |
| Operating Vehicle on Unnumbered Road | **$55** | 10 USC 2671/F.A.C. 68A-17.004(9) |
| Varmint Hunting with Other than .22 Cal Pistol | **$55** | 10 USC 2671/F.A.C. 68A-24.002(2) |
| Cruelty to Animals | **MAND** | 10 USC 2671/FS 828.12 |
| Contaminating Fresh Waters | **MAND** | 10 USC 2671/FS 379.25 (1) & (2) |
| Damage to Public Lands by Use of M/V | **MAND** | 10 USC 2671/FS 375.314 |
| Wanton Waste of Wildlife | **MAND** | 10 USC 2671/F.A.C. 68A-4.001 |
| Disturbance/ Interference with Individual Engaged in Official Business | **MAND** | 18 USC 1382 |
| Possession of Fawn Deer | **MAND** | 10 USC 2671/F.A.C. 68A-12.002(6) |

| | | |
|---|---|---|
| Possession of Turkey Hen | **MAND** | 10 USC 2671/F.A.C. 68A-12.003(1) |
| Killing/Possession Fox W/O Permit | **MAND** | 10 USC 2671/<br>F.A.C. 68A-24.002(2)(c) |
| Fur Bearer with Evidence Having<br>Been Steel Trapped | **MAND** | 10 USC 2671/<br>F.A.C. 68A-24.002(2)(d)(3) |
| Possession Unidentifiable /<br>Headless Deer Carcass | **MAND** | 10 USC 2671/F.A.C. 68A-12.003(2) |
| Possession Deer without Sex<br>Evidence | **MAND** | 10 USC 2671/F.A.C. 68A-12.003(2) |
| Possession Doe Deer (Except<br>Archery Season/Area) | **MAND** | 10 USC 2671/F.A.C. 68A-12.003(1) |
| Taking Doe Deer | **MAND** | 10 USC 2671 FS 379.404(3) |
| Possession, Taking, Importing or | **MAND** | 16 USC 1538, 1540/50 CFR Part 17 |
| Exporting Endangered/Threatened Species<br>of Wildlife | **MAND** | F.A.C. 68A-27.003 |
| Possession/Attempt to Take Species<br>of Special Concern | **MAND** | 10 USC 2671/F.A.C. 68A-27.005(1) |
| Capture, Transporting, Possession<br>Live Wild Hog | **$55** | 10 USC 2671/<br>F.A.C. 68A-15.004(4)(I)(1,3,4) |
| Kill/Possession of A Non-Game<br>Wild Bird | **$55** | 10 USC 2671/F.A.C. 68A-4.001 |
| Possession of Buckshot Slug Shells<br>And a Shotgun on Eglin Outside<br>Open Deer Season | **$55** | 10 USC 2671/F.A.C. 68A-17.004 (6) |
| Possession of Firearm While Under<br>Influence of Alcohol or Drugs | **$55** | 10 USC 2671/<br>F.A.C. 68A-17.004 (6)(c) |
| Picking Sea Oats | **$55** | 18 USC 1832/FS 161.242 |

27

| Cruelty to Animals | **MAND** | 18 USC 7 & 13/FS 828.12 |
| Transporting/Possession Live<br>Wildlife other than Hog | **$55** | 10 USC 2671/F.A.C. 68A-12.005 |
| Exhibit Weapon/Firearm<br>In Careless Manner | **$100** | 18 USC 7 & 13/FS 790.10 |
| Possession of a Gun less than 16 YO<br>Not in the Presence of 21 YO/Older | **$55** | 10 USC 2671/FS 790.22 |

28

## **GENERAL ENVIRONMENTAL REGULATION**:

| | | |
|---|---|---|
| Littering less than 15 lbs | **$105** | 18 USC 7 & 13/FS 403.413(6)(a) |
| Littering more than 15 lbs/less than 500 lbs | **$250** | 18 USC 7 & 13/FS 403.413(6)(b) |
| Dumping more than 500 lbs | **MAND** | 10 USC 1382 FS 403.413 (6)(c) |
| Commercial Dumping | **MAND** | 18 USC 7 & 13/FS 403.413 (6)(c) |
| Contaminating Fresh Waters | **MAND** | 18 USC 7 & 13/FS 372.85 (1) |
| Dumping Hazardous Waste | **MAND** | 18 USC 7 & 13/FS 403.413 (6)(c) |
| Entering Santa Rosa Island Closed Area | **$55** | 10 USC 2671/ F.A.C. 68A-15.004 (14) |
| Enter Endangered/Threatened Area on Santa Rosa Island | **$55** | 10 USC 2671/F.A.C. 68A-15.004 (14) |

29

## **PROHIBITED FISHING DEVICE**:

| | | |
|---|---|---|
| Take FWGF with Spear/Gun/Net/Etc | **$55** | 10 USC 2671/F.A.C. 68A-23.002(2) |
| Possession upon Waters of Prohibited Device | **$55** | 10 USC 2671/F.A.C. 68A-23.002(7) |
| Possession FWGF with Evidence Taken Illegally | **$55 Per fish** | 10 USC 2671/F.A.C. 68A-4.004(1) |
| Using Trotline/Bush Hook | **$55** | 10 USC 2671/F.A.C. 68A-23.004 (1) |
| Failure to Release Fish in Catch and Release Area | **$55 Per fish** | 10 USC 2671/F.A.C. 68A-15.004 (1) |
| Gigging During Closed Season | **$55 Per fish** | 10 USC 2671/F.A.C. 68A-15.004 (1) |

30

## STATE LICENSE/PERMITS/STAMPS:

| | | |
|---|---|---|
| No Hunting License | **\$70 plus costs of license**<br>**Cost of license- 15.50/Non-Resident-45** | 10 USC 2671/FS 379.354 |
| No Fishing License | **\$70 plus costs of license**<br>**Cost of license- 15.00/Non-Resident 45.50** | 10 USC 2671/FS 379.354 |
| No Muzzleloader Permit | **\$60 plus cost of permit (\$5)** | 10 USC 2671/<br>FS 379.354 (8)(e)(3) |
| No Archery Permit | **\$60 plus cost of permit (\$5)** | 10 USC 2671/<br>FS 379.354(8)(e)(1) |
| No Duck Stamp | **\$58 plus cost of permit (\$3)** | 10 USC 2671/<br>FS 379.354(8)(a) |
| Borrowing/Loaning Hunting/<br>Fishing Stamp | **\$55** | 10 USC 2671/FS 379.354 |
| No Turkey Stamp | **\$55** | 10 USC 2671/<br>FS 379.354 (8)(b)(1) |

31

## **EGLIN SPECIFIC REGULATIONS:**

| | | |
|---|---|---|
| No Recreation Permit | **$65 plus costs of permit ($10)** | 10 USC 2671/ |
| | | F.A.C. 68A-17.004 (2)(a)(b)(c) |
| No Hunting Permit | **$100 plus costs of permit ($45)** | 10 USC 2671/ |
| | | F.A.C. 68A-17.004(2)(a)(b)(c) |
| No Fishing Permit | **$70 plus costs of permit ($15)** | 10 USC 2671/ |
| | | F.A.C. 68A-17.004 (2)(a)(b)(c) |
| No Camping Permit | **$65 plus costs of permit ($10)** | 10 USC 2671/ |
| | | F.A.C. 68A-17.004 (8)(a) |
| No Daily Dove Field Specified | **$55** | 10 USC 2671/ F.A.C. 68A-9.007(2)(e) |
| No Daily Dove Hunting Permit | **$60 plus costs of permit ($5 per day)** | 10 USC 2671/ F.A.C. 68A-9.007(1)(e) |
| Taking other than Branched Antler where Prohibited | **$55** | 10 USC 2671/ F.A.C. 68A-4.001 |
| Parking Vehicle which Obstructs Road/Gate/Etc | **$55** | 10 USC 2671/ F.A.C. 68A-15.004 (9)(b) |
| Hunting with Firearm during Special Archery Season | **$55** | 10 USC 2671/ F.A.C. 68A- 15.004(6)(b) |
| Hunting with Unauthorized Device during Primitive Weapon Area | **$55** | 10 USC 2671/ F.A.C. 68A-15.004(6)(b) |
| Entering Eglin for Rec. Purposes while under Rec. Suspension | **MAND** | 10 USC 2671/F.A.C. 15.004(2) |
| Searching for/Removing Artifacts w/o Special Entry Permit | **MAND** | 10 USC 2671/ F.A.C. 68A-15.004(2)(b) |
| Harassment of Hunters/Fishers | **$55** | 10 USC 2671/FS 379.105 |

32

| | | |
|---|---|---|
| Tree Cutting without Permit | **$105 plus costs of permit ($5 per load)** | 18 USC S1852 & S1853 |
| Removing Wood or Timber w/o Permit | **$105 Plus costs of permit ($5 per load)** | 18 USC S1852 & S1853 |
| Cutting other than Authorized Trees for Firewood | **$100** | 10 USC 2671/ F.A.C. 68A-15.004(12)(a) |
| Cutting Oversized Firewood (>10) | **$55** | 10 USC 2671/ F.A.C. 68A-15.004 (12)(a) |
| Leaving Tree Stump in Excess of 6 Inches High | **$55** | 10 USC 2671/ F.A.C. 68A-15.004(12)(a) |
| Possession or Operation of ATV on EGMA | **$55** | 10 USC 2671/ F.A.C. 68A-15.004(9)(a) |
| No Turkey Stamp | **$55** | 10 USC 2671/ F.A.C. 68A-17.004(2)(c) |
| No Varmint Predator Permit | **$60 Plus costs of permit ($5)** | 10 USC 2671/ F.A.C. 68A-15.004(7)(a) |
| No Trapping Permit | **$65/$80 Plus cost of Permit-10.00 + Fur Bearer Lic.-25.00** | 10 USC 2671/ F.A.C. 68A-15.004(1) |
| No MU 6 Permit | **$105 Plus costs of permit ($5)** | 10 USC 2671/ F.A.C. 68A-15.004 (2) (d) |
| No Small Game Permit | **$60 Plus costs of permit ($5)** | 10 USC 2671/ F.A.C. 68A-13.007 (2) |
| Possession/Placing/Exposing Grain/ Other Food for Wildlife | **$100** | 10 USC 2671/ F.A.C. 68A-15.004 (10) |

33

| | | |
|---|---|---|
| Hunting over Bait<br>(Deer or other Game) | **$200** | 50 CFR 20.21 |
| Fishing or Gigging<br>when/where Prohibited | **$55** | 10 USC 2671/F.A.C. 68A-23.002 |
| Removal of Deer or Turkey from<br>Area w/o being checked at<br>Check Station | **$55** | 10 USC 2671/<br>F.A.C. 68A-15.063 (17)(d)(3) |
| Hunting or Discharging of Firearms<br>Or Bows within Posted Roads | **$55** | 10 USC 2671/F.A.C. 68A-15.063(17)(d)(4) |
| Hunting or Discharging Firearms or<br>Bow within 50 yards of road | **$55** | 10 USC 2671/F.A.C. 68A 15.063 (17) |
| Operation of Motor Vehicles on<br>Unnumbered road | **$55** | 10 USC 2671/F.A.C. 68A-15.063 (17)(d)(2) |
| Entering Conditional hunt Area<br>w/o Checking in at Designated<br>Game Station | **$55** | 10 USC 2671/F.A.C. 68A-15.063(17)(d)(3) |
| Driving a Metal Object into a Tree<br>Or Knowingly Hunting From a Tree<br>In which a Metal Object has been<br>Driven | **$55** | 10 USC 2671/F.A.C. 68A-15.004 (5) |
| Possession of Gun within Archery<br>Area | **$55** | 10 USC 2671/F.A.C. 68A-15.004 (6) |
| Take/Possession Fish from/on<br>Weekly /Memorial/Jacks/<br>Hurlburt Pond | **$55** | 10 USC 2671/F.A.C. 68A 15.004 (15)(a) |
| Conducting Organized Hunting<br>Drives where Prohibited | **$55** | 10 USC 2671/F.A.C. 68A-15.004 (1) |

34

## ARSON:

| | | |
|---|---|---|
| Government Imposed Burn Ban | **$55** | 18 USC 1382/FS 590.081 |
| Disposing of Lighted Substance | **$55** | 18 USC 1382/FS 590.10 |
| Prevent or Obstruct Extinguish | **MAND** | 18 USC 1382/FS 590.25 |
| Intentional or Reckless Burning | **MAND** | 18 USC 1382/FS 590.28 |
| Incendiary Device | **MAND** | 18 USC 1382/FS 590.29 |